1

2

3

4

5

6

7

8

9  UNITED STATES DISTRICT COURT

10  CENTRAL DISTRICT OF CALIFORNIA

11

12  ANTUAN D. ANDERSON,                )   Case No. CV 11-5373-JVS (JEM)
                                       )
13              Petitioner,            )
                                       )
14        v.                           )   ORDER ACCEPTING FINDINGS AND
                                       )   RECOMMENDATIONS OF UNITED
15  J. SOTO, Warden,                   )   STATES MAGISTRATE JUDGE
                                       )
16              Respondent.            )
    _____)
17

18        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the

19  records on file, and the Report and Recommendation of the United States Magistrate

20  Judge.  No Objections to the Report and Recommendation have been filed within the time

21  allowed for Objections. The Court accepts the findings and recommendations of the

22  Magistrate Judge.

23

24

25

26

27

28

1    IT IS ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2)

2  Judgment shall be entered dismissing the action with prejudice.

3

4

5  DATED: September 26, 2014

6                                    _____
                                          JAMES V. SELNA
                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          2