# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTUAN D. ANDERSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. SOTO, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-5373-JVS (JEM)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 26, 2014

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE